**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 5, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-30560
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBERT BAHAM; JACK WILLIE,

Defendants-Appellants.

-------------------------------------------------------------------

No. 03-30580
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JACK WILLIE,

Defendant-Appellant.

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 01-CR-236-2
USDC No. 01-CR-292-1-C

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Counsel appointed to represent Albert Baham and Jack Willie in appeal No. 03-30560 have requested leave to withdraw and have filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Willie's same court-appointed attorney has also requested leave to withdraw and has filed an <u>Anders</u> brief in appeal No. 03-30580. We <u>sua</u> <u>sponte</u> consolidate the appeals pursuant to FED. R. APP. P. 3(b)(2).

In appeal No. 03-30560, Baham and Willie have each filed separate responses in which they both seek the appointment of substitute counsel. Baham's and Willie's <u>pro</u> <u>se</u> requests are **DENIED**.

Our independent review of counsels' briefs and the records for both appeals discloses no nonfrivolous issues. Counsels' motions for leave to withdraw are GRANTED, counsel are excused from further responsibilities, and appeal Nos. 03-30560 and 03-30580 are **DISMISSED**. <u>See</u> 5TH CIR. R. 42.2.

**APPEALS CONSOLIDATED; PRO SE REQUESTS FOR SUBSTITUTE APPELLATE COUNSEL DENIED; APPEALS DISMISSED; MOTIONS TO WITHDRAW GRANTED.**